Karen L. Uno (SB #117410)
kuno@bkscal.com
David P. Borovsky (SB #216588)
dborovsky@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Plaintiff
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.;<br><br>Defendants. | CASE No. 2:19-cv-00382-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR JOINT STATUS REPORT** |

1 | The parties jointly submit this stipulation and proposed order, and respectfully request that
2 | the Court continue the deadline for the parties to submit a Joint Status Report and Rule 26(f)
3 | discovery plan, until July 12, 2019 or another date which is acceptable to the Court.

Per the Court's Order Requiring Service of Process and Joint Status Report [Dkt. No. 5], the parties were ordered to meet and confer and submit a Joint Status Report and Rule 26(f) discovery plan no later than 60 days after service of process on defendant Associated Industries Insurance Company ("Associated"). As Associated was served on March 19, 2019, the deadline to submit the joint report has passed. However, since service was effected on Associated, the parties have been engaged in global settlement discussions, and two of the underlying lawsuits that form the basis for this insurance dispute (*Sickler* and *Robinson*) have resolved with the underlying plaintiffs. While the parties to this dispute – Philadelphia and Associated – have not yet reached a global settlement of their dispute, progress is being made and the parties intend to continue settlement discussions in the immediate future.

As such, and in order to avoid wasted resources and unnecessary burdens to the parties and the Court, the parties jointly request that the Court continue the deadline for the parties to submit a Joint Status Report and Rule 26(f) discovery plan until July 12, 2019, or another date which is acceptable to the Court. The parties respectfully submit that granting the relief requested will allow the parties to continue to explore the possibility of a global settlement, avoid wasting resources of the parties or the Court, and facilitate the efficient resolution of this dispute.

SO STIPULATED

Dated: June 11, 2019	BECHERER KANNETT & SCHWEITZER


By:	*Karen L. Uno*
	KAREN L. UNO
	DAVID P. BOROVSKY
	Attorneys for Plaintiffs
	PHILADELPHIA INDEMNITY
	INSURANCE COMPANY

1

**STIPULATION AND ORDER EXTENDING TIME FOR JOINT STATUS REPORT**

Dated: June 11, 2019                    HIRSCH CLOSSON, APLC

                                        By:   *Barrett Braun*
                                              BARRETT BRAUN
                                              Attorneys for Defendant
                                              ASSOCIATED INDUSTRIES
                                              INSURANCE COMPANY

**STIPULATION AND ORDER EXTENDING TIME FOR JOINT STATUS REPORT**

1 **PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

2     In order to allow the parties to continue to explore the possibility of a global settlement,
3 the deadline for the parties to submit a Joint Status Report and Rule 26(f) is hereby continued to
4 July 12, 2019.

5 IT IS SO ORDERED.

6 Dated: June 11, 2019

7                                                  /s/ John A. Mendez
8                                                  Hon. John A. Mendez
                                                 U.S. District Court Judge