BARRETT BRAUN, ESQ. (SBN 139159)
HIRSCH CLOSSON, APLC
1600 South Main Street, Suite 325C
Walnut Creek, California 94596
Telephone: (925) 935-9800
Facsimile: (925) 935-9825
Email: bbraun@hirschclosson.com

ROBERT V. CLOSSON, ESQ. (SBN 125646)
HIRSCH CLOSSON, APLC
5030 Camino de la Siesta, Suite 300
San Diego, CA 92108
Telephone (619) 233-7006
Facsimile (619) 233-7009
Email: bclosson@hirschclosson.com

Attorneys for Defendant
Associated Industries Insurance Company, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.;<br><br>Defendant(s). | No. 2:19-CV-00382-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE DISCOVERY** |

The parties hereby jointly submit this stipulation and proposed order, and respectfully request that the Court continue the deadline for the parties to complete discovery, along with any necessary motions to compel thereon, by 30 days.

Per the Court's Status Order (Pre-trial Scheduling), all discovery shall be completed by April 17, 2020 including the resolution of all discovery disputes and Court

Hirsch Closson, APLC
1600 South Main Street
Suite 325C
Walnut Creek, CA 94596
(925) 935-9800

STIPULATION AND ORDER EXTENDING TIME TO COMPLETE DISCOVERY — 1 — Case No. 2:19-CV-00382-JAM-CKD

orders related to discovery. Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY (hereinafter "PLAINTIFF" or "PIIC"), recently requested an extension in which to respond to, and produce documents in compliance with, Defendant, ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., (hereinafter ASSOCIATED")'s First Set of Production of Documents (FRCP 34), for 30 days. ASSOCIATED agreed to the requested extension subject to the Court allowing a modification of Pre-trial Scheduling Order so that the date to complete discovery also be extended by 30 days, giving ASSOCIATED an opportunity to file a motion to compel further responses and documents should the need arise.

Therefore the parties do hereby request that the discovery completion date be moved from April 17, 2020 to May 17, 2020.

SO STIPULATED:

DATED: March 20, 2020    HIRSCH CLOSSON, APLC.


By:_____/s/_____
Barrett B. Braun, Esq.
Attorneys for Defendant
ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,


DATED: March 20, 2020    BHC LAW GROUP, LLP.


By:____/s/_____
David Borovsky, Esq.
Attorneys for Plaintiff
PHILADELPHIA INDEMNITY INSURANCE COMPANY

Hirsch Closson, APLC
1600 South Main Street
Suite 325C
Walnut Creek, CA 94596
(925) 935-9800

STIPULATION AND ORDER EXTENDING TIME TO COMPLETE DISCOVERY    2    Case No. 2:19-CV-00382-JAM-CKD

`

PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:

For good cause appearing and the parties being in agreement, the discovery completion date, as set forth in the Court's Status Order (Pre-trial Scheduling), is hereby moved from April 17, 2020 to May 17, 2020.

IT IS SO ORDERED:

DATED: March 20, 2020

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge

Hirsch Closson, APLC
1600 South Main Street
Suite 325C
Walnut Creek, CA 94596
(925) 935-9800

STIPULATION AND ORDER EXTENDING TIME TO COMPLETE DISCOVERY

3

Case No. 2:19-CV-00382-JAM-CKD