Karen L. Uno (SB #117410)
kuno@bkscal.com
David P. Borovsky (SB #216588)
dborovsky@bkscal.com
BHC LAW GROUP LLP
5800 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Plaintiff
Philadelphia Indemnity Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.;<br><br>　　　　　Defendant(s). | No. 2:19-CV-00382-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING ALL PENDING DATES AND DEADLINES**<br><br>**(AS MODIFIED BY THE COURT)** |

PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:

For good cause appearing and the parties being in agreement, all present dates and deadlines are hereby continued and the new dates and deadlines are as follows:

Deadline for completion of discovery:  August 18, 2020.

Deadline to file Joint Mid-Litigation Statements:  August 4, 2020.

Deadline to file Dispositive Motions:  September 15, 2020.

Date for hearing of Dispositive Motions:  October 13, 2020 at 1:30 p.m.;

Deadline to file Joint Pre-Trial Statement:  December 11, 2020.

Joint Pre-Trial Conference:  December 18, 2020 at 11:00 a.m.

Trial:  February 8, 2021 at 9:00 a.m.

IT IS SO ORDERED:

DATED: _4/20/20                              /s/ John A. Mendez_____
                                             _____
                                             Hon. John A. Mendez
                                             U.S. District Court Judge